IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BRESSER, JR., <br> Plaintiff, <br> <br> v. <br> <br> THE CHICAGO BEARS FOOTBALL CLUB, INC., et al. <br> <br> Defendants. | Case No.: 1:24-CV-02034 <br> <br> Honorable Joan H. Lefkow |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that this case be dismissed **with prejudice** as all matters in controversy for which said action was brought having been fully and confidentially settled, compromised and adjourned.

Date: December 6, 2024

Respectfully Submitted,

| **PLAINTIFF JONATHAN BRESSER, JR.** <br> By: ___/s/ Jonathan Bresser Jr.___ <br> Jonathan Bresser Jr. <br> 1126 E. Algonquin Road #3A <br> Schaumburg, IL 60173 <br> (630) 808-4190 <br> jonathanbresserjr@gmail.com | **THE CHICAGO BEARS FOOTBALL CLUB, INC.** <br> By: *Renee L. Koehler* <br> Renée L. Koehler, Esq. <br> Jeanette Sublett, Esq. <br> Stephanie M. Dinkel, Esq. <br> Neal & Leroy, LLC <br> 20 South Clark Street, Suite 2050 <br> Chicago, Illinois, 60603 <br> Telephone: (312) 608-7954 |